CLOTHIER, Respondent, v. HUDSON RIVER TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Henry Clothier, an infant, by Harry J. Raymond, his guardian ad litem, against the Hudson River Telephone Company. No opinion. Order affirmed, with

$10 costs and disbursements, on authority of Acardo v. New York Contracting & Trucking Co., 116 App. Div. 793, 102 N. Y. Supp. 7.

CLOUGH, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Aaron Clough against Walter Fox and others. No opinion. Judgment and order affirmed, with costs.